Noblett. M. D. Steuer, for appellant. T. P. Wickes, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WEEKES v. RYAN. (Supreme Court, Special Term, Oneida County. July, 1900.) Motion for a nonsuit, the decision thereof having been held pending the submission of certain questions to the jury, in accordance with the provisions of Code, § 1187. W. S. Jenney, for the motion. Edwin Nottingham, opposed.

HISCOCK, J. Motion for nonsuit is denied, upon the ground that there was sufficient evidence to sustain the finding of the jury that, subsequent to the making of the contract in question, the defendant Ryan, with full knowledge of its substantial details, ratified the same. Motion denied.

WEGNER, Respondent, v. BELDON, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Gustave A. Wegner against Francis C. Beldon, as permanent receiver of the Hygeia Ice & Refrigerating Company. No opinion. Judgment affirmed, with costs.

In re WESTCOTT. (Supreme Court, Appellate Division, Second Department. November 1, 1900.) In the matter of the application of James H. Westcott, Jr., for admission to the bar. No opinion. Application granted. See 66 N. Y. Supp. 1148.

WEISS, Appellant, v. WOLFF, Respondent. (Supreme Court, Appellate Term. December 31, 1900.) Action by Isaac Weiss against Louis E. Wolff. From a judgment in favor of defendant, plaintiff appeals. Reversed. S. Fleischmann, for appellant. A. Solomon, for respondent.

PER CURIAM. The overwhelming weight of evidence is in favor of the plaintiff's contention that the payments made on and after April 3d were made on account of the indebtedness of Theresa Wolff and the Enterprise Company, and not on account of the indebtedness of the defendant Louis E. Wolff. In fact, there is no competent evidence that Theresa Wolff ever assumed the indebtedness of the defendant to the plaintiff, while the evidence shows that she was indebted on her own account to the defendant. Judgment is reversed, and a new trial ordered, with costs to the appellant to abide the event.

WHALEN, Appellant, v. SCHWARZ, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Robert E. Whalen against Magnus Schwarz. No opinion. Order affirmed, with $10 costs and disbursements.

WHITEMAN, Respondent, v. WHITEMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Mary O. Whiteman against Henry M. Whiteman. No opinion. Order affirmed, with $10 costs and disbursements.

WHITNEY v. CARLL et al. (Supreme Court, Appellate Division, Second Department. December 14, 1900.) Action by Edwin R. Whitney against Jennie W. Carll and others. No opinion. Judgment affirmed, with costs. All concur, except JENKS, J., absent.

WILLER, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Eugene Willer against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except WILLIAMS, J., who dissents.

WILLIS, Appellant, v. ANDERSON, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Mary P. Willis, as executrix of the last will and testament of Warren G. Willis, deceased, against Oscar Anderson. No opinion. Judgment of the county court reversed, and that of the justice affirmed, with costs in both courts.

WILLSON, Respondent, v. ABBOTT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1900.) Action by Chauncey Willson against Rush Abbott and another, impleaded, etc. No opinion. Order affirmed, with costs.

WILSON, Appellant, v. NATIONAL LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by John W. Wilson against the National Life Insurance Company. H. D. Hotchkiss, for appellant. W. B. Ellison, for respondent. No opinion. Judgment (65 N. Y. Supp. 550) affirmed, with costs.

WOOD, Appellant, v. MANCHESTER FIRE ASSUR. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Silas P. Wood against the Manchester Fire Assurance Co. R. Thorne, for appellant. R. L. Wensley, for respondent. No opinion. Judgment affirmed, with costs, on the opinion of the court below. 63 N. Y. Supp. 427.

WOODBRIDGE, Appellant, v. BOCKES, Respondent. (Supreme Court, Appellate Division, Third Department. November 20, 1900.) Action by Helen F. Woodbridge, as substituted trustee of Samuel Freeman, deceased, against Augustus Bockes. No opinion. Transferred to the Fourth department.